# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:20-md-02974-LMM**
**IN RE: Paragard IUD Products Liability Litigation**
**Honorable Leigh Martin May**

**1:21-cv-03861-LMM**
**Rickard v. Teva Pharmaceuticals USA, Inc. et al**
**Honorable Leigh Martin May**

**1:22-cv-00490-LMM**
**Braxton v. Teva Pharmaceuticals USA, Inc. et al**
**Honorable Leigh Martin May**

**1:22-cv-01583-LMM**
**Robere v. Teva Pharmaceuticals USA, Inc. et al**
**Honorable Leigh Martin May**

Minute Sheet for proceedings held In Open Court on 11/20/2025.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 2:02 P.M.
TIME IN COURT: 3:07
OFFICE LOCATION: Atlanta

COURT REPORTER: Montrell Vann
CSO/DUSM: 1 CSO
DEPUTY CLERK: Brittany Poley

ATTORNEY(S) PRESENT:
Kasey Adams representing CooperSurgical, Inc
Nicole Berg representing Plaintiffs
Shayna Cook representing Teva Branded Pharmaceutical Products R&D, Inc.
Shayna Cook representing Teva Pharmaceuticals USA, Inc.
Shayna Cook representing Teva Women's Health, LLC
Erin Copeland representing Plaintiffs
Rami Fakhouri representing Teva Branded Pharmaceutical Products R&D, Inc.
Rami Fakhouri representing Teva Pharmaceuticals USA, Inc.
Rami Fakhouri representing Teva Women's Health, LLC
Pamela Ferrell representing Teva Branded Pharmaceutical Products R&D, Inc.
Pamela Ferrell representing Teva Pharmaceuticals USA, Inc.
Pamela Ferrell representing Teva Women's Health, LLC
Fidelma Fitzpatrick representing Plaintiffs

|  |  |
|---|---|
|  | Christopher Morris representing Teva Branded Pharmaceutical Products R&D, Inc.<br>Christopher Morris representing Teva Pharmaceuticals USA, Inc.<br>Christopher Morris representing Teva Women's Health, LLC<br>Caroline Walker representing CooperSurgical, Inc<br>Bridget Wholey representing Teva Branded Pharmaceutical Products R&D, Inc.<br>Bridget Wholey representing Teva Pharmaceuticals USA, Inc.<br>Bridget Wholey representing Teva Women's Health, LLC<br>\*\* C. Andrew Childers representing Plaintiffs |
| PROCEEDING CATEGORY: | Motion Hearing (Motion Hearing Non-evidentiary) |
| MOTIONS RULED ON: | 1:21-cv-03861-LMM, RICKARD:<br>[42] Motion for Summary Judgment TAKEN UNDER ADVISEMENT<br>[45] Motion for Summary Judgment TAKEN UNDER ADVISEMENT<br>[50] Motion for Summary Judgment TAKEN UNDER ADVISEMENT<br><br>1:22-cv-01583-LMM, ROBERE:<br>[50] Motion for Summary Judgment TAKEN UNDER ADVISEMENT<br>[53] Motion for Summary Judgment TAKEN UNDER ADVISEMENT<br><br>1:22-cv-00490-LMM, BRAXTON:<br>[40] Motion for Summary Judgment TAKEN UNDER ADVISEMENT<br>[43] Motion for Summary Judgment TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | Oral argument was held on Defendants' motions for summary judgment. The motions were taken under advisement. Written order to follow. |
| HEARING STATUS: | Hearing Concluded |